






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00753-CR







George Abbott, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW OF COMAL COUNTY


NO. 95CR-724, HONORABLE FRED R. CLARK, JUDGE PRESIDING







PER CURIAM



	This is an appeal from the judgment of conviction for false imprisonment. 
Appellant has filed a motion to withdraw the appeal.  No decision of this Court has been
delivered.  The motion is granted and the appeal is dismissed.  See Tex. R. App. P. 59(b).





Before Chief Justice Carroll, Justices Aboussie and Kidd


Appeal Dismissed on Appellant's Motion


Filed:   June 19, 1996


Do Not Publish


